United States District Court

District of Nevada

| | |
|---|---|
| In the matter of the search of<br><br>4321 West Flamingo Road, Suite 12209,<br><br>Las Vegas, Nevada 89103 | Case No. 2:12-mj-473-CWH<br><br>**Order Unsealing Search Warrant** |

### Order

Based on the pending Application of the Government and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Affidavit in support of the search warrant, as well as the application requesting a sealing order and this Order, in the above-captioned matter shall be unsealed until further Order of the Court.

Dated this 17th day of July, 2012.

_____
United States Magistrate Judge